**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2138**

_____

KELVIN J. HURDLE,

                              Plaintiff - Appellant,

        versus

COMMONWEALTH   OF   VIRGINIA;   DEPARTMENT   OF
ENVIRONMENTAL QUALITY,

                              Defendants - Appellees.

_____

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-259-3)

_____

Submitted:  December 16, 2002        Decided:  December 19, 2002

_____

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kelvin J. Hurdle, Appellant Pro Se.   Martha Murphey Parrish,
Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kelvin J. Hurdle appeals the district court's order dismissing his racial discrimination complaint filed in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hurdle v. Commonwealth of Virginia, No. CA-01-259-3 (E.D. Va. Sept. 25, 2002). We deny Hurdle's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2